

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 05-20149-CIV-MORENO/GARBER

UNIVERSAL COMMUNICATION          )
SYSTEMS, INC. (A Nevada Corporation),  )
MICHAEL J. ZWEBNER (individually) &    )
Others Similarly Situated             )
                         Plaintiffs    )
vs.                                    )
                                       )
LYCOS INC. *dba* THE LYCOS             )
NETWORK & TERRA NETWORKS, S.A.,)
                         Defendants    )
_____/



### NOTICE OF FILING FIRST AMENDED COMPLAINT

The Plaintiffs, Universal Communication Systems, Inc. (also herein "UCSY") & Michael J. Zwebner, (also herein "ZWEBNER"), herein give *Notice Of Filing First Amended Complaint*.

1.      Complaint [DE 1] in this action was filed on January 19, 2005;

2.      The Complaint was served upon the originally named Defendants between January 20, 2005 (Lycos, Inc.) and February 1, 2005 (Terra Networks, S.A.), or less than 20 days from the date of the filing of the First Amended Complaint, which is annexed hereto as ***Exhibit "1"***;

3.      As of the date of this *Notice* no responsive pleading has been filed by any of the originally named Defendants;

4.      It is the understanding of the Plaintiffs that the originally named Defendants in this action are represented by Larry A. Stumpf, Esq., BLACK, SREBNICK, KORNSPAN & STUMPF, PA (Miami, Florida) & Daniel J. Cloherty, Esq., DWYER & COLLARA, LLP



(Boston, Massachusetts), whose name and address appear on the Certificate Of Service attached to this Notice;

5.     The First Amended Complaint deletes original Count I, and substitutes in its place a new Count I for violation of *F.S. §517.301;* supplements the jurisdictional allegations relative to Defendant, Terra Networks, S.A.; and, adds eight (8) new Defendants, John Doe #1 aka *"the_worm06"*, John Doe #2 aka *"no_insiders"*, John Doe #3 aka *"the_worm_06A"*, John Doe #4 aka *"65175R"*, John Doe #5 aka *"Henry_Johnson123"*, and John Doe #6 aka *"quondo1"*, John Doe #7 aka *"Tobias95"*, John Doe #8 aka *"CrawleySmith"*.   It is believed that all of the John Does are one and the same, and, it is further believed that their true identity is Roberto Villasenor, or are individuals acting in concert with Roberto Villasenor.

6.     Insofar as the true identity and whereabouts of each the John Does is unknown, and Roberto Villasenor has, in the past, successfully evaded all attempts at service of process, and/or his current whereabouts are unknown, the Plaintiffs shall pursue service of process upon these additional John Doe Defendants under *FS §§48.181 & 48.161*, by substituted service upon the Florida Secretary of State.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone  (305) 424-1112
fax     (305) 424-1114

*EXHIBIT "1"*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)

CASE NO. 05-20149-CIV-MORENO/GARBER

UNIVERSAL COMMUNICATION            )
SYSTEMS. INC. (A Nevada Corporation),   )
MICHAEL J. ZWEBNER (individually) &     )
Others Similarly Situated                )
               Plaintiffs       )
                             )
vs.                                      )
                             )
LYCOS INC. *dba* THE LYCOS            )
NETWORK & TERRA NETWORKS. S.A..)
JOHN DOE #1 aka *"the worm06"*,        )
JOHN DOE #2 aka *"no_insiders"*,       )
JOHN DOE #3 aka *"the worm 06A"*,      )
JOHN DOE #4 aka *"65175R"*,            )
JOHN DOE #5 aka *"Henry_Johnson123"* &)
JOHN DOE #6 aka *"quondo1"*
JOHN DOE #7 aka *"Tobias95"*
JOHN DOE #8 aka *"CrawleySmith"*
               Defendants       )
_____/


## FIRST AMENDED COMPLAINT – CLASS ACTION

The is an action by the PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS,
INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J.
ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF")
against the Defendants, LYCOS, INC. & TERRA NETWORKS, S.A., (collectively, "TERRA
LYCOS"), also *dba* THE LYCOS NETWORK (also collectively "DEFENDANTS" or "TERRA
LYCOS"). . JOHN DOE #1 aka *"the worm06"*, JOHN DOE #2 aka *"no_insiders"*, JOHN DOE
#3 aka *"the worm 06A"*, JOHN DOE #4 aka *"65175R"*, JOHN DOE #5 aka
*"Henry_Johnson123"*, and JOHN DOE #6 aka *"quondo1"*, JOHN DOE #7 aka *"Tobias95"*,

JOHN DOE #8 aka *"CrawleySmith"* (also collectively "DEFENDANTS"), all of whom were at one time or another, subscribers to the LYCOS NETWORK

### NATURE OF ACTION

The PLAINTIFFS' claims against the DEFENDANTS, are for (a) violation of Florida Law specifically *F.S. §517.301,* for Fraudulent Transactions; falsification and/or concealment of facts, (b) violations of Federal Law, specifically, *47 USC §223,* for Cyber Stalking, (c) violation of Florida Law, specifically, *F.S. § 495.151. et seq.,* for dilution of UCSY's trade name, and (d) *F.S. § 784.048. et al.,* for Cyber Stalking.

All of the claims asserted herein relate to JOHN DOE posting of false and misleading information relating to the financial condition, business prospects and management integrity of the Plaintiffs, upon the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK; and, the compilation and distribution of such posted information by TERRA LYCOS, knowing it to false and/or misleading.

### CLASS ACTION ALLEGATIONS

1.      The Corporate PLAINTIFF, UCSY, is a publicly traded company, which has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

2.      The individual PLAINTIFF, ZWEBNER, is an officer and director of UCSY, who has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

3.     The individual PLAINTIFF, ZWEBNER, is also a stockholder in UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

4.     The corporate PLAINTIFF is one of several hundred companies which has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by the TERRA LYCOS.

5.     The individual PLAINTIFF, ZWEBNER, is one of several hundred officers and directors of companies who has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by the DEFENDANTS.

6.     The individual PLAINTIFF, ZWEBNER, is one of several hundred stockholder in public companies, such as UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

7.     The claims asserted herein by the above named PLAINTIFFS present questions of fact and law that are common to all members of the classes to which these PLAINTIFFS belong.

8.     The claims and/or defense of the above named PLAINTIFFS are typical of the claims and defenses of the members of the classes to which the PLAINTIFFS belong.

9.     The PLAINTIFFS are representative of each of the classes of Plaintiffs set forth herein, and shall fairly and adequately protect the interest of each of these classes.

10.    The DEFENDANTS named herein comprises the class of defendant against whom the following claims are asserted.

3

## PARTIES

11.    The PLAINTIFF, UCSY, is a corporation that is organized and existing under the laws of the State Of Nevada.   UCSY is a Nevada corporation which is listed and publicly traded in the over-the-counter exchange.   The ticker symbol for UCSY is "UCSY", which is also the trade name of corporate PLAINTIFF.    Accordingly, "UCSY" is also used as the shorthand identifier of the corporate PLAINTIFF in these pleadings.   The PLAINTIFF, UCSY, maintains its corporate offices in the city of Miami Beach, Florida.

12.    The PLAINTIFF, ZWEBNER, is a citizen of the United Kingdom and of the State Of Israel, whose principle residence is within the State Of Israel.   ZWEBNER also maintains a second residence within the city of Miami Beach, Florida.   ZWEBNER is the Chairman of the Board of Directors of UCSY and its Chief Executive Officer.

13.    Upon information and belief, the Defendant, LYCOS, INC. is company organized and existing under the laws of the Commonwealth of Massachusetts.   LYCOS, INC. has its principle place of business within the city of Waltham, Massachusetts.

14.    The Defendant, TERRA NETWORKS, S.A. is company which is believed to have its principle place of business in Barcelona Spain.   TERRA NETWORKS, S.A. conduct world-wide operations through affiliates and business agents located in various countries throughout the world, including the United States..

(a) Upon information and belief, Defendant, TERRA NETWORKS, S.A. is a company organized and existing under the laws of the country of Spain.

(b)    At the time of the acts complained of herein, TERRA NETWORKS, S.A., exercised and/or had the right to exercise control over both LYCOS, INC. & THE

4

LYCOS NETWORK, including the right to control and/or restrict access to the LYCOS NETWORK.   Upon information and belief, the DEFENDANT, TERRA NETWORKS, S.A., exercised control over LYCOS, INC. & THE LYCOS NETWORK, from its offices in Miami-Dade County, Florida.

(c)   At all times material hereto, TERRA NETWORKS directly and indirectly, conducted its various business operations through a maize of companies throughout the world, including its operations in the United States.   The DEFENDANT, LYCOS, INC. was an integral part of this maize.

(d)   TERRA NETWORKS continues to directly operate one or more to its companies or affiliates from its office in Miami-Dade County, Florida, and/or indirectly operate one or more companies or affiliates through a business agent who maintains its office in Miami-Dade County, Florida .

(e)   At the time of the acts complained, one or more of the TERRA NETWORKS Florida based business agents and/or Florida based affiliates were operated by the DEFENDANT, LYCOS, INC..

(f)   On or about August 2, 2004, TERRA NETWORKS, S.A. sold its interest in Defendant, LYCOS, INC. to DAUM COMMUNICATIONS CORP (a Korean Company).   Notwithstanding such sale, TERRA NETWORKS, S.A. continues to directly and/or indirectly operate one or more of its businesses, through a business agent with offices in Miami-Dade County, Florida.

(e)   TERRA NETWORKS, S.A. have and continue to conceal its whereabouts for the purpose of avoiding service of process in this and related litigation.

(g)     Upon information and belief, a unity of interest exists between each of TERRA NETWORKS, S.A. and LYCOS, INC., which each of TERRA NETWORKS, S.A. and LYCOS, INC., acting as the agent, representative, and/or principal of each other when performing the acts alleged in this Complaint; and each of TERRA NETWORKS, S.A. and LYCOS, INC. should be treated as fully responsible and liable for the acts alleged in this Complaint.

15.     THE LYCOS NETWORK is a wholly owned subsidiary, or division, or affiliate of the DEFENDANT, LYCOS INC., which operates an array of web sites from within the United States, including the RAGING BULL web site.   Upon information and belief, THE LYCOS NETWORK operates from the LYCOS, INC. offices in Waltham, Massachusetts.

## JURISDICTION & VENUE

16.     This is a civil action arising under Federal and State law, between citizens of diverse jurisdictions, wherein the amount in controversy exceeds $75,000.   The Complaint also seeks injunctive relief.

17.     The claims asserted herein arise

under Federal Law, including specifically, under

(a)     *47 USC §223* (for Cyber Stalking - a private/implied right of action); and,

under State Law, specifically under

(b)     *F.S. §517.301,* (for Fraud Fraudulent Transactions: falsification and/or concealment of facts);

(c)     *F.S. 495.151, et seq.* (for Trade Name Dilution); and

6

(d)    *F.S. §784.048, et al.,* (for Cyber Stalking).

18.    This Court has jurisdiction over the parties and the Federal claims asserted herein under *28 USC §1331 & §1332;* and, over the State claims under this Court's Supplemental Jurisdiction, in that such State Claims are so related to the above Federal claims that they form part of the same case and controversy.

19.    Venue is proper in this District pursuant to *28 USC §§1391(b) & (c).*


## BACKGROUND FACTS & PARTIES

20.    Since as early as about September 1998 up to June 2002, PLAINTIFF, ZWEBNER, was the Chairman of *Talk Visual Corporation*– a public company which trades in equity markets under the ticker symbol "TVCE" (formerly "TVCP"); and, from about November 2001, up to and including the present, Chairman of *Universal Communication Systems Inc,* (UCSY) - a public company which trades in equity markets under the ticker symbol "UCSY".

21.    At the time of the acts complained of, the TERRA LYCOS operated and maintained a website designated QUOTE.COM, which is purportedly dedicated to providing commercial information, data and financial services to a TERRA LYCOS site visitor and to an authorized user (also herein "Subscriber") to THE LYCOS NETWORK.   This QUOTE.COM site permits retrieval of stock quotation information and technical data for a company having a publicly traded security, and a link to a message board on the TERRA LYCOS RAGING BULL web site, which automatically appears upon retrieval of a stock quotation for a given company.

22.    One of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to create a message board dedicated to a particular business or enterprises.   TERRA LYCOS suggests that a Subscriber use

7

a particular business or enterprises "stock ticker symbol" associated with such particular business or enterprises, as a means of identification of a message board, on for example, the TERRA LYCOS RAGING BULL web site.

23.     Another of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to post messages (herein also "postings") on message boards on any of the sites maintained by TERRA LYCOS on THE LYCOS NETWORK.   These postings are "anonymous" in that they do not reveal the true identity of the poster but rather are attributed to an individual "screen name" or "alias" assigned to the poster by TERRA LYCOS.

24.     TERRA LYCOS maintains a message board on their RAGING BULL web site devoted to the PLAINTIFF, UCSY.   Since about the year 2000, the UCSY message board has had more than 47,000 postings by the TERRA LYCOS Subscribers, including several thousand postings by Mr. Roberto G. Villasenor (herein also "VILLASENOR).   Many of these 47,000 postings originated from the same individual, or a limited number if individuals, who utilized different screen names or aliases; and, often are, thus, repetitive or duplicative of earlier postings, some of which had been previously deleted by TERRA LYCOS because of their offensive nature.

COUNT I
*(Fraudulent Securities Transactions- F.S. §517.301)*

25.     The PLAINTIFFS incorporate paragraph (1) to (24), as if restated herein.

26.     Each of the DEFENDANTS, JOHN DOE #1 aka *"the worm06"*, JOHN DOE #2 aka *"no insiders"*, JOHN DOE #3 aka *"the worm_06A"*, JOHN DOE #4 aka *"65175R"*, John Doe #5 aka *"Henry Johnson123"*, JOHN DOE #6 aka *"quondo1"*, JOHN DOE #7 aka

*"Tobias95"*, and JOHN DOE #8 aka *"CrawleySmith"* were, at one time or another, subscribers to the RAGING BULL web site maintained by TERRA LYCOS on THE LYCOS NETWORK.

27.     Upon information and belief, each of the JOHN DOES named herein in paragraph (26) are one in the same individual, Roberto Villasenor, Jr. and/or are individuals acting in concert with Roberto Villasenor, Jr..    Accordingly, the JOHN DOE DEFENDANTS are collectively referred to hereinafter as "VILLASENOR".

28.     Upon information and belief, VILLASENOR is in the business of manipulating the price of securities of companies, specifically, micro-cap and/or start-up companies, such as UCSY, which have limited, if any, operating history and limited reporting history, by

(a)     first "shorting" the stock in such companies,

(b)     "trashing" such company and/or the integrity/competency of its management, through the systematic and orchestrated posting of derogatory information about the financial condition, business prospects and management integrity of the such company on a message board devoted to such company, so as to artificially depress the market price of the publicly traded stock of the such company, and

(c)     "covering his shorts" by buying the publicly traded stock in such company at a depressed market price.

29.     VILLASENOR has and continues to post messages which purport to contain information relating to the financial condition, business prospects and management integrity of the PLAINTIFFS, upon the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK.    A representative sampling of the postings of VILLASENOR are annexed hereto as Composite ***Exhibit "1"***

9

30.    The VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK were intended to depress the market for UCSY stock, by creating stockholder insecurity and apprehension relating to the financial condition, business prospects and management integrity of the PLAINTIFFS.

31.    The VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK are false, misleading and/or incomplete, so as to be fraudulent.

32.    As a direct and proximate result of the VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site, the market price for the UCSY stock has been substantially depressed, and remains substantially depressed.

33.    As a direct and proximate result of the VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site, a number of stockholders, including the Plaintiff, ZWEBNER, have either sold their UCSY stock at depressed prices, and thereby have incurred a substantial realized loss, and/or, alternatively, a number of stockholders, have retained their UCSY stock, and thereby have incurred a substantial unrealized loss.

34.    The actions of VILLASENOR, as set forth in paragraphs (29) to (33) violate *F.S. §517.301(1)(c)*

35.    TERRA NETWORKS knew and/or had reason to believe that the VILLASENOR postings appearing on the UCSY message board were false and/or were made in reckless disregard for the truth.

36.    Notwithstanding TERRA NETWORKS knowledge of the falsity of the VILLASENOR postings, and the natural consequences flowing from the dissemination of these false postings relating to the financial condition, business prospects and management integrity of

the PLAINTIFFS, TERRA NETWORKS has and continues to facilitate and/or cause the manipulation of the UCSY stock by VILLASENOR through its practice and course of business,

    (a)    of enabling VILLASENOR to access the RAGING BULL web site under multiple pseudonyms/alias, and thereby permit his posting of false information, over an extended period of time, under ostensibly different pseudonyms, so as to perpetuate and lend credibility to his postings;

    (b)    of compiling the VILLASENOR postings within a message board, which bears the "USCY" trade name, so as to perpetuate such false and misleading in an archive accessible upon THE LYCOS NETWORK; and/or

    (c)    of publishing the VILLASENOR postings within a message board, which bears the USCY trade name, so as to disseminate, or enable dissemination of, such false information through third party search engines.

37.    The actions of TERRA LYCOS, as set forth in paragraph (35) to (36), inclusive, are in violation *F.S. §517.301(1)(c)*

WHEREFORE, the PLAINTIFFS demand judgment against the DEFENDANTS, jointly and severally, for actual and consequential damages in the amount of $100M, or according to proof.

## COUNT II
### *(Cyber Stalking Under Federal Law - 47 USC §223)*

37.    The PLAINTIFFS incorporate paragraph (1) to (38) as if restated herein.

38.     TERRA LYCOS owns, controls and operates a commercial telecommunication facility, specifically, THE LYCOS NETWORK, within the contemplation and scope of federal regulation by the Federal Communications Commission (FCC), including *47 USC §223*.

39.     The TERRA LYCOS telecommunications facility, specifically THE LYCOS NETWORK, has and continues to be used to transmit and publish comments, suggestions, images and other communications from the TERRA LYCOS authorized, anonymous subscribers, which are calculated to annoy, abuse, threaten and harass the PLAINTIFFS.

40.     The PLAINTIFFS, have the right to be and remain free from the systematic and orchestrated posting of false and derogatory information calculated to annoy, abuse, threaten and harass each of them by the TERRA LYCOS authorized, anonymous subscribers to THE LYCOS NETWORK.

41.     The federal regulation of the TERRA LYCOS telecommunications facility, specifically THE LYCOS NETWORK, requires, *inter alia*, that TERRA LYCOS, implement measures, which are reasonable, effective, and appropriate, under the circumstances, to restrict access to their NETWORK and thereby prohibit an individual from the use of such NETWORK for repeatedly making anonymous annoying, abusive, threatening and harassing communications to PLAINTIFFS, in violation of *47 USC §232(a)(1)(C)*.

42.     At all times material hereto, TERRA LYCOS knew, or should have know, that THE LYCOS NETWORK was being used by one or more of its Subscribers, including VILLASENOR, to repeatedly make anonymous annoying, abusive, threatening and harassing communications to PLAINTIFFS, in violation of *47 USC §223(a)(1)(C)*.

43.     At all times material hereto, the PLAINTIFFS complained to TERRA LYCOS, in writing, of their receipt of anonymous threatening and abusive communications, and requested

12

DEFENDANTS implement measures to restrict access to their NETWORK by the individuals making the anonymous threatening and abusive communications directed PLAINTIFFS. See PLAINTIFFS complaints to TERRA LYCOS annexed hereto as *Exhibits "2", "3" & "4"*

44.     Notwithstanding the TERRA LYCOS awareness of their authorized users utilizing their NETWORK to make repeated anonymous annoying, abusive threatening and harassing communications directed at PLAINTIFFS, and the TERRA LYCOS selective deletion of many of the more threatening and abusive communications directed at PLAINTIFFS, TERRA LYCOS failed to implement any reasonable, effective, and appropriate measures to restrict access to their NETWORK to prohibit an individual for the use of their NETWORK from repeatedly making anonymous threatening and abusive communications directed at the PLAINTIFFS.

45.     The TERRA LYCOS acts and omissions, as set forth in paragraphs (42) to (44), inclusive, violate Federal policy, as set forth in *47 USC §230(b)(5)*, and Federal law as set forth in *47 USC §223(a)(1)(C))*.

46.     The TERRA LYCOS acts and omissions, as set forth in paragraphs (42) to (44), gives rise to a "cause of action" in favor of PLAINTIFFS against TERRA LYCOS for violation of PLAINTIFFS' rights.

47.     As a direct and proximate result of the violation of the PLAINTIFFS' rights, the PLAINTIFF, ZWEBNER, has been subjected to emotional distress, and sustained economic losses, which have been sustained and/or yet to have been realized.

WHEREFORE, the PLAINTIFFS demand judgment against TERRA LYCOS for actual and consequential damages in the amount of $100M or according to proof.

The PLAINTIFF, UCSY, also requests that this Court enter a mandatory injunction requiring TERRA LYCOS to

(a) permanently and irrevocably delete any and all postings on the TERRA LYCOS RAGING BULL web site that appear on the UCSY message board;

(b) permanently and irrevocably delete the UCSY message board; and

(c) enjoin TERRA LYCOS from creation and maintaining of a UCSY message board.

## COUNT III
*(Dilution Of Trade Name – F.S. § 495.151. et seq.)*

48.     The PLAINTIFFS incorporate paragraph (1) to (47) as if restated herein.

### Background Facts

49.     The PLAINTIFF, UCSY, is an international company, based in Miami Beach, Florida, that has been engaged in the provision of telecommunications services (wireless broadband internet services), and more recently, in the development of a proprietary and patented technology for solar powered systems, specifically solar powered water extraction systems, which have application in civilian and government markets (e.g. military).

50.     At all times material hereto, the PLAINTIFF, UCSY, adopted and used the trade name and trademark, "UCSY", to identify Universal Communication Systems, Inc., as a company, and with the products/services available from Universal Communication Systems, Inc.   "UCSY" has also been adopted and exclusively associated Universal Communication Systems, Inc., as the ticker symbol in financial markets and on stock exchanges.

51.     The "UCSY" mark is inherently distinctive and has become exclusively identified with the PLAINTIFF company, and with the PLAINTIFFS' proprietary products and

14

technologies.   Accordingly, the PLAINTIFF company is entitled to protection of its "UCSY" mark against unauthorized commercial use by third parties, including the unauthorized commercial use thereof by TERRA LYCOS.

52.   The PLAINTIFF, UCSY, has and continues to invest tens of thousands of dollars in the promotion of the UCSY image, and in the promotion of the UCSY products under the UCSY name and logo, and, under its stock ticker symbol "UCSY", UCSY promotional brochure annexed hereto as *Exhibit "5"*.

53.   The PLAINTIFF, UCSY, is neither a subscriber to THE LYCOS NETWORK, nor has it ever assented to the TERRA LYCOS use of the "UCSY" trade name, or to its ticker symbol, on any of the web sites sponsored/maintained by TERRA LYCOS.   Accordingly, all reference to "UCSY", in the promotion of the TERRA LYCOS commercial activities on THE LYCOS NETWORK is without authorization or approval of the PLAINTIFF, UCSY.

54.   The postings which appear upon the message boards of THE LYCOS NETWORK, are retrievable on various search engines (e.g., GOOGLE) and thereby generate traffic on THE LYCOS NETWORK.   The volume of traffic on THE LYCOS NETWORK determines the charges the TERRA LYCOS can obtain for third party advertising of products and services on their NETWORK.   Accordingly, the more participants who access and/or post messages on the "UCSY" message board, the more benefit TERRA LYCOS derives from such activity.

<u>Injury To Business Reputation By Defendants</u>

55.   Upon information and belief, the TERRA LYCOS has suggested to one or more of their subscriber to THE LYCOS NETWORK, that they use the PLAINTIFFS' proprietary and

15

distinctive "UCSY" mark for designation of a message board on the RAGING BULL web site which is maintained by TERRA LYCOS.

56.     Upon information and belief, TERRA LYCOS compile postings from its subscribers, relating to the Plaintiffs, upon the UCSY message board, and thereafter promotes and distributes such UCSY message board, to individuals who solicit a stock quotation on the TERRA LYCOS QUOTE.COM web site, to further generate and increase the volume of traffic upon THE LYCOS NETWORK.

57.     TERRA LYCOS has been made aware that many of the anonymous posting compiled by them on the UCSY message board, and distributed on their RAGING BULL web site, are false and misleading, and thereby likely to be injurious to the UCSY company image/reputation and to the UCSY product image/reputation.

58.     The PLAINTIFFS have repeatedly requested that TERRA LYCOS curtail their compilation and distribution of such false and misleading information on the RAGING BULL web site, and, further, that they deny their authorized subscribers access to THE LYCOS NETWORK, to prevent further dissemination of false and misleading information relative to the UCSY company image and to the UCSY products.

59.     TERRA LYCOS has either ignored the PLAINTIFFS' repeated requests to remove such false and misleading postings from their compilation of messages appearing upon the RAGING BULL web site and/or been ineffective in removal of such false and misleading postings from their compilation of messages appearing on the RAGING BULL web site.

60.     The TERRA LYCOS compilation and continued distribution of false and misleading information appearing on the message board bearing the "UCSY" mark and designation, has and shall continue to cause irreparable harm to the UCSY business reputation

16

and to the UCSY products, and otherwise tarnish, dilute and/or otherwise detract from the cache associated with the "UCSY" trade name and designation.

61.     As a direct and proximate result of the TERRA LYCOS acts and omissions as set forth herein in paragraphs (55) to (60), the PLAINTIFF, UCSY has been injured.

WHEREFORE, the PLAINTIFF, UCSY, demands judgment against TERRA LYCOS for actual and consequential damages in the amount of $100M, or according to proof.

The PLAINTIFF, UCSY, also requests that this Court enter a mandatory injunction requiring TERRA LYCOS to

(a)     permanently and irrevocably delete any and all postings on its RAGING BULL web site that appear on the UCSY message board;

(b)     permanently and irrevocably delete the UCSY message board; and

(c)     enjoin TERRA LYCOS from creation and maintaining of a UCSY message board on THE LYCOS NETWORK in the future.


## COUNT IV
*(Cyber Stalking Under State Law – F.S. § 784.048, et al. et seq.)*

62.     The PLAINTIFFS incorporate paragraph (1) to (61) as if restated herein.

63.     TERRA LYCOS operates a telecommunication facility, specifically, THE LYCOS NETWORK.

64.     TERRA LYCOS has registered and authorized subscribers to use THE LYCOS NETWORK.

65.     THE LYCOS NETWORK that has and continues to be used by the TERRA LYCOS authorized subscribers to make repeated anonymous annoying, threatening, harassing

and abusive communications directed at PLAINTIFFS, in violation of state law, including *F.S. §* *784.048, et al. et seq.*

66.     PLAINTIFFS have repeatedly requested that TERRA LYCOS implement controls to curtail the anonymous threatening and abusive communications, by its authorizes subscribers, including VILLASENOR, directed at PLAINTIFFS.

67.     TERRA LYCOS has been indifferent to PLAINTIFFS' concerns, and to their emotional distress caused by the repeated anonymous threatening and abusive communications directed at PLAINTIFFS by the TERRA LYCOS authorized subscribers.

68.     The TERRA LYCOS acts and omission, as set forth in paragraph (65) to (69), inclusive, have and continue to facilitate the repeated anonymous threatening and abusive communications directed at PLAINTIFFS by the TERRA LYCOS authorized subscribers

WHEREFORE, the PLAINTIFF, ZWEBNER, requests that this Court enter an injunction and permanent restraining order requiring TERRA LYCOS to

(a)     permanently and irrevocably delete any and all postings on the TERRA LYCOS web site that appear on the UCSY message board;

(b)     permanently and irrevocably delete the UCSY message board; and

(c)     enjoin TERRA LYCOS from creation and maintaining of a message board containing postings on any message board on THE LYCOS NETWORK, including the RAGING BULL web site, relating to either of the PLAINTIFFS.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates

18

44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone  (305) 424-1112
fax  (305) 424-1114

EXHIBIT "1" – "the_worm06"

Case 1:03-cv-20149-FAM Document 5 Entered on FLSD Docket 02/03/2005 Page 24 of 59

Skip to message. Skip to access key tips.





## Universal Communication Systems Inc (BB: **UCSY**)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

### « UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**By: 65l75r**                                          **Msg. 18025 of 18296**
**04 Aug 2003, 08:15 PM EDT**          Jump to msg. # [        ] Go

EVERYONE KNOWS?



By: the_worm06
18 May 2002, 01:50 AM EDT Msg. 805 of 805
(This msg. is a reply to 802 by Solo_ski.)


Solo_ski I see that you continue to bring my name up in your posts...

I don't post anymore,

because, frankly, everyone now knows about the massive fraud scheme that Zwebner and his buddies have committed in the following stocks: DCTC, TVCP, EINI, SECT, OPTG, UCSI, GONT, TALL, SLPH, WNRG, ASEQ,

Case 1.03-cv-26149-FAM   Document 3   Entered on FLSD Docket 02/03/2005   Page 25 of 59

USXP, VGEN, ENTERTECH MEDIA, ETC ETC.

Everyone knows about the fact that he forged his wife's signature on a loan application in the U.K.

Everyone knows how he falls from his wheelchair to obtain sympathy from businessmen.

Everyone knows the way he treated his daughters when they were young.

Everyone knows about Gina Maura.

Everyone knows about his relationship with Cheryl Cunningham and where they spend their time in Sacramento.

Everyone knows about the fact that he had to pay Dean Dumont at least $400,000 to settle a lawsuit which was initiated by Zwebner so that the fact that Zwebner has not paid U.S. taxes is not brought out.

Everyone knows about the fact that he tried to Blackmail a witness in my lawsuit against him.

Everyone knows that he has fraudualently used his family's non-existant bad health as an excuse in every lawsuit, including mine, to his advantage.

Everyone knows that he and Brad Driesen posted as Grupo_Brad, John_Quinlan, Clear_Thinker, Momentum, Rob_Potowski, russianfox and others in a massive confidence scheme to defraud investors out of tens of millions of dollars in at least four stocks.

Case 1:03-cv-20149-FAM   Document 3   Entered on FLSD Docket 02/03/2005   Page 26 of 59

Everyone knows that he has reneged on his settlement in his lawsuit against Les French in Oregon. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that he has reneged on his setlement in his lawsuit against DCI Telecommunications and Joe Murphy in Connecticut. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that Zwebner has charged TVCP and SECT hundreds of thousands of dollars in legal bills for his PERSONAL lawsuits...all six of them.

Everyone knows that he has dirt on Gene Rosov the former CEO of TVCP that will put pressure against him in testifying against Zwebner.

Everyone knows that Zwebner committed at least 50 infractions of perjury when I deposed him in my lawsuit.

Everyone knows that Zwebner has been laundering money.

Everyone knows about Zwebner's relationship with Steve Cunningham and their "secret" love nests in Rhode Island, Miami and Belize.

Everyone knows about the fact that Zwebner criminaly used a different name, Michael Zarek, in 1990 in the investigation of the death of an individual in Florida.

Case 1:05-cv-20149-FAM Document 9 Entered on FLSD Docket 02/03/2005 Page 27 of 59

Everyone knows that he is about to be served in another lawsuit for another attempted blackmail, next 30 days. And that his accomplice, Hayley Zwebner will be deposed in this lawsuit.


etc etc etc.


SO AS YOU SEE....I REALLY DON'T NEED TO POST...


regards,


the_worm06


- - - - -
View Replies »

**Advertisements**
- **Get $100 Credit when you open an account with Harrisdirect***
- **$7 Trades, No Inactivity Fee**
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.   « Older | Newer »

**You can also:**

*EXHIBIT "1" – "65175R"*

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 29 of 59

Skip to message. Skip to access key tips.



**Hello, michaelj123**  LOG OUT  Lycos Home | Site Map | My Lycos | Ly

Enter symbol:
Message Board ▾  Go Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | P**

LiveCharts - One Month
**FREE**
a d v e r t i s e m e n t


THE HISTORY CHANNEL   YOU COULD WIN *OUT OF THIS WORLD* PRIZES!

## Universal Communication Systems Inc (BB: UCSY)
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

**« UCSY Message list  |  Reply to msg.  |  Post new msg.   « Older | Newer »**

**By: 65l75r**                                    **Msg. 18314 of 18320**
**07 Aug 2003, 02:48 PM EDT**        Jump to msg. # [          ] Go

OH MY.....

It seems that Zwebner has not been able to get Raging Bull to delete his false defamatory public statements about Roberto Villasenor (the_worm06) made on August 5, 2003 as he has successfully done during the past 3 1/2 years.

He also has not been able to get Raging Bull to remove the factual posts that show SEC filings that prove that many of Zwebner's press releases and public statement have been materially false and misleading.

One wonders if the reason for this is the rumor that certain current and former employees of Raging Bull are currently being "observed" by certain government agencies for their part as accomplices in several fraudulent stock schemes.

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 30 of 59

http://ragingbull.lycos.com/mboard/memalias.cgi?
board=UCSY&member=MICHAELJ123

**Advertisements**

- **Click to refinance. Bad Credit? No Problem.**
- **Be a Direct Investor and get $100 Credit***
- **Buy stocks for only $4, no account or investment minimums**

« UCSY Message list  |  Reply to msg.  |  Post new msg.    « **Older** | Newer »

**You can also:**

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» **Lycos Worldwide**    © Copyright 2003. Lycos, Inc. All Rights Reserved.  Lycos® is a registered
About Terra Lycos | Help | Jobs | Advertise | Business Development
Your use of this website constitutes acceptance of the Lycos **Privacy Policy [Updated]** and
Terms & Conditions

http://ragingbull.lycos.com/mboard/boards.cgi?board=UCSY&read=18314                8/7/2003

*EXHIBIT "1" – "Henry_Johnson123"*

Case 1:03-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 32 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]          Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**

Enter symbol:
[ Message Board ▾ ]  [Go]  Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedb**

Take advantage of low rates on your home mortgage and save money every month -
**Get a low rate mortgage NOW »**

QUOTE.COM

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

By: henry_johnson123                           Msg. 20759 of 20886
01 Oct 2003, 09:05 PM EDT          Jump to msg. # [        ] [Go]

Zwebner (vanishing act)


**What do you mean "who cares"...**

**I believe that the stockholders of a company have the right to know if the CEO molested and abused his wife and children don't you?**


*By: vanishing_act*
*01 Oct 2003, 08:56 PM EDT*
*Msg. 20756 of 20757*
*(This msg. is a reply to 20754 by henry_johnson123.)*
*Jump to msg. #*


*worm06*
*Zwebner's divorce documents sealed in the U.K.?*

*WHO CARES, IF THEY ARE SEALED THEN YOU CAN'T READ THEM*


*(Voluntary Disclosure: Position- Long; ST Rating- Strong Buy; LT Rating-*

**Quote (del. 15 min.)**
3:47 PM ET
**0.1150**
·    ( )
**Volume:**    274,000
- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board**    **New** ↗
- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.
- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

**Alt Z**    Previous or
**[Enter]**    Older

*EXHIBIT* "*1*" – "*quondo1*"

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]    Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

# RAGING BULL

Enter symbol:
[        ]  [ Message Board ▾ ]  [ Go ]  Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedl**

| Financial Advice | Investing In Stocks | All American Equity Fund | Investors Wanted | Rogue Investor |
| Get a free "How to invest smarter, safer, better" guide. | Free stock market analysis from Fisher Investments. Learn how. | No-Load Mutual Fund From U.S. Global Investors | Thousands of high growth opps. Enormous returns on investment. | A few simple investing strategies can make you wealthy. |

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list  |  **Reply to msg.**  |  **Post new msg.**    « **Older** | **Newer** »

By: quondo1                                          Msg. 31396 of 31829
07 Feb 2004, 10:35 PM EST            Jump to msg. # [        ] [ Go ]

**200**
$7 Trades, Apply Now!

**Quote (del. 15 min.)**
3:44 PM ET
**0.0640**
⌐ ⌐ ( ⌐ ⌐ )
**Volume:**                    0
- - - - -
Full quote | LiveChart

Zwebner, Child Molestation and Pedophilia

Somehow the topic of Child Molestation and Pedophilia seems to follow Michael Joel Zwebner around. Why is this?

1. Zwebner falsely accused Les French of being a Convicted Child Molestor.

2. An alias used by Zwebner and Santa Barbara psychiatrist Eli Katz falsely posted on the Raging Bull boards that the_worm06 was also a Convicted Child Molestor.

3. A post appeared on the TVCP Raging Bull board mentioning that Gene Rosov, the former partner of Zwebner and CEO of TVCP had a history of pedophilia.

4. The previous CEO of WLGS (which became UCSY), who turned over the CEO position to Zwebner, was known to have a taste for young boys.

5. Zwebner's defender, scu, is an admitted pedophile, and is now about to marry a boy that has come "of age" to marry.

**My Boardmarks** Help

**Board**    **New** ⬈
- - - - -
⊟ Add UCSY
- - - - -
You haven't added any boardmarks.

- - - - -
Add or remove boards »

**Keyboard shortcuts**
Pressing these keys is the same as clicking their link equivalents. Note: Netscape users

Case 1:05-cv-20149-FAM   Document 3   Entered on FLSD Docket 02/03/2005   Page 35 of 59

**ONE HAS TO TRULY TRULY WONDER WHY ZWEBNER'S DIVORCE PAPERS IN THE U.K. WITH HIS WIFE RITA ARE UNDER SEAL....WAS THIS DONE TO PROTECT THE CHILDREN?**

don't have to press enter after the shortcut. Mac users - use the CTRL key.

| | |
|---|---|
| **Alt Z [Enter]** | Previous or Older |
| **Alt X [Enter]** | Next or Newer |

- - - - -

**View Replies »**

**Advertisements**

- Do your taxes with a fast, easy & accurate online tax program.
- $7 Trades, Free Dow Jones News
- Mortgage Rates are Low! Time to Refinance!

« UCSY Message list  |  Reply to msg.  |  Post new msg.      « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» **Lycos Worldwide**    Copyright 2003, Lycos, Inc. All Rights Reserved.  Lycos® is a registered trademark of Carnegie Mellon University.

About Terra Lycos | Help | Jobs | Advertise | Business Development

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions

*EXHIBIT "1" – "Tobias95"*

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 37 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [LOG OUT]      Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**Enter symbol:**
[Message Board ▼]  [Go]  Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedb**



## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.   « Older | Newer »


Open Account

**By: tobias95**                                      **Msg. 11257 of 16734**
**13 Apr 2003, 04:13 PM EDT**        Jump to msg. # [        ]  [Go]

OT: Zwebner is a SYRIAN TERRORIST. eom

**Quote (del. 15 min.)**
1:00 PM ET
**0.1700**
(          )
**Volume:**      223,900
- - - - -
Full quote | LiveChart

### Advertisements
- **FREE Term Life Insurance Quote**
- **Be a Direct Investor and get $100 Credit***
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.   « Older | Newer »

**You can also:**
- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board    New** ☐
- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Mark all msgs. read
- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users

Skip to message. Skip to access key tips.



Hello, michaelj123 [LOG OUT] Lycos Home | Site Map | My Lycos | Lycos Mail | Account In

**RAGING BULL**

Enter symbol:
[          ] [Message Board ▾] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | He**

| Sapient Job Secrets | Iciniti Corporation |
|---|---|
| Get inside info on hiring, culture, Career paths, pay, and more | Get product info or locate local vendors. Find other options too. |

## TALK VISUAL CP (BB: TVCP)

↳ TVCP Quote | **TVCP Msg Board** | TVCP LiveCharts | TVCP Chart | TVCP News | TVCP
Company Info | TVCP I-Watch | TVCP Insider | TVCP Analyst Recs | TVCP Top Holders

« TVCP Message list | Reply to msg. | Post new msg.    « Older | Newer »

**By: tobias95**                                      **Msg. 169289 of 170031**
**12 Apr 2003, 06:37 PM EDT**    (This msg. is a reply to 169287 by bobushka.)
Jump to msg. # [          ] [Go]

OT: bob? I think you are posting from some asylum at this time? ZWEBNER IS
AN ENEMY TO THE FREE WORLD BECAUSE HE SEELS WEAPONS OF
MASS DESTRUCTION FOR THE $$$ AGAINST ISRAEL

- - - - -
View Replies »

### Advertisements

- **FREE Term Life Insurance Quote**
- **$7 Online Trades, No FEE IRAs**
- **Mortgage Rates are Low! Time to Refinance!**

« TVCP Message list | Reply to msg. | Post new msg.    « Older | Newer »

### You can also:

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

HARRISdire
Open Account

**My Boardmark**

**Board**   **New**

- - - - -
⊡ Add TVCP
- - - - -

You haven't add
any boardmarks

- - - - -

Mark all msgs.
- - - - -

Add or remove
boards »

**Keyboard short**
Pressing these ke
the same as clicki
their link equival
Note: Netscape u
don't have to pres
after the shortcut.
users - use the CT
key.

**Alt 1**    First u
**[Enter]**

**Alt Z**    Previo
**[Enter]**   Older

## Main Identity

| | |
|---|---|
| **From:** | "Michael Zwebner" <mjzwebner@sprynet.com> |
| **To:** | "Mark O. Van Wagoner" <movw@uswest.net> |
| **Sent:** | Sunday, July 06, 2003 9:17 PM |
| **Subject:** | Raging Bull Post 11260 on UCSY Message Board |

Skip to message. Skip to access key tips.



**RAGING BULL**    Enter symbol:
[ Message Board ▾ ] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**

# Not Found

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg. | « Older | Newer »

**HARRIS**direct
Open Account

By: tobias95                                   **Msg. 11260 of 16780**
**13 Apr 2003, 06:19 PM EDT**          Jump to msg. # [          ] [Go]

OT: Zwebner is a terrorist. Watch FOX NEWS for updates

**Quote (del. 15 min.)**
9:52 PM ET
**0.1700**
(          )
**Volume:**      223,900
- - - - -
Full quote | LiveChart

### Advertisements

- **Click to refinance. Bad Credit? No Problem.**
- **$7 Trades at Scottrade**
- **Buy stocks for only $4, no account or investment minimums**

**My Boardmarks** Help

**Board      New** ↗
- - - - -
⊞ Add UCSY
- - - - -

« UCSY Message list | Reply to msg. | Post new msg. | « Older | Newer »

You haven't added
any boardmarks.
- - - - -
Mark all msgs. read

### You can also:

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

- - - - -
Add or remove
boards »

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 40 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]

Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

## RAGING BULL

Enter symbol:
[ Message Board ▾ ] [ Go ] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**

| Investment Advice & Tips | Investment Advice | Stocks | Tax Free Funds | Futures Market |
| Jim Cramer's personal trades. | Find the right plan for you | Find Exclusive Research & | No-Load Mutual Funds From | Fills in seconds - Free charts |
| 30 days Free - Learn More | Compare schemes- all on | Analysis - Get Your Free | U.S. Global Investors | Futures news, quotes & |
| Here. | one site | Stock Report Today! | | research |

### Universal Communication Systems Inc (BB: UCSY)
↪ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

**« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »**

**Scottrade**
NO FEE IRAs
$7 Trades, Apply Now!

**By: tobias95**                               **Msg. 28640 of 28709**
**15 Jan 2004, 12:13 AM EST**   (This msg. is a reply to 28630 by stevecu123.)

Jump to msg. # [          ] [ Go ]

Zwebner/steve! Quit bothering posters! You have a lot to learn. You know where
I am, so quit bothering eveyone else, so lets play! I can handle it! :-)

*(Voluntary Disclosure: Position- **No Position**)*

**Quote (del. 15 min.)**
3:25 PM ET
**0.0649**
**0.0000 (0.00 )**
**Volume:**                    0
- - - - -
Full quote | LiveChart

### Advertisements

- **Do your taxes with a fast, easy & accurate online tax program.**
- **$7 Trades, No Inactivity Fee**
- **Mortgage Rates are Low! Time to Refinance!**

**« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »**

### You can also:

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board    New** ☐

- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users

Case 1:05-cv-20149-FAM    Document 5    Entered on FLSD Docket 02/03/2005    Page 41 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]      Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

Enter symbol:
Message Board ▾  Go  Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**


Guide to Insurance    How much life insurance do you need ?
Sponsored by AllQuotesInsurance.com    Ask Bankrate !

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | **Reply to msg.** | **Post new msg.**    « Older | Newer »

**By: tobias95**                                    **Msg. 21908 of 21915**
**07 Nov 2003, 09:57 PM EST**         (This msg. is a reply to 21876 by tobias95.)
                                      Jump to msg. # [        ]  Go

Z Suit is a FRAUD! Zwebner typical! What a fricken joke!

- - - - -
View Replies »

**Advertisements**
- **FREE Term Life Insurance Quote**
- **$7 Trades, Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | **Reply to msg.** | **Post new msg.**    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board    New** ⬈

- - - - -
⊞ Add UCSY
- - - - -

You haven't added
any boardmarks.

- - - - -

Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| | |
|---|---|
| **Alt Z [Enter]** | Previous or Older |
| **Alt X [Enter]** | Next or Newer |


Guide to Insurance    How much life insurance do you need ?
Sponsored by AllQuotesInsurance.com    Ask Bankrate !

Skip to message. Skip to access key tips.



Hello, michaelj123 [LOG OUT]   Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**

Enter symbol:
[Message Board ▼] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**

LiveCharts - One Month FREE
advertisement



3.9¢ per minute, Anytime, No Long Term Contracts

WFROST COMMUNICATIONS

### Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.   « Older | Newer »

**By: tobias95**                                          Msg. 21127 of 21127
**29 Oct 2003, 11:16 PM EST**   (This msg. is a reply to 21124 by tobias95.)
Jump to msg. # [        ] [Go]

Zwebner is the worst POS I have ever witnessed in 20 years?I think the DOJ has his number by now!

**Quote (del. 15 min.)**
2:41 PM ET
**0.1030**
-0.0020 (-1.90 %)
**Volume:** 232,600
- - - - -
Full quote | LiveChart

#### Advertisements

* **FREE Term Life Insurance Quote**
* **$7 Trades, Open with $500!**
* **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.   « Older | Newer »

#### You can also:

* Ignore/Hide this poster on all boards
* Email this post to a friend
* Report TOS violation

**My Boardmarks** Help

**Board    New** ↗
- - - - -
⊞ Add UCSY
- - - - -
You haven't added any boardmarks.
- - - - -
Add or remove boards »

**Keyboard shortcuts**
Pressing these keys is the same as clicking their link equivalents. Note: Netscape users don't have to press enter after the shortcut. Mac users - use the CTRL key.

**Alt Z**    Previous or
**[Enter]**   Older

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 43 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]        Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

## RAGING BULL

Enter symbol:
[ Message Board ▾ ] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**



**Universal Communication Systems Inc** (BB: **UCSY**)
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list  |  Reply to msg.  |  Post new msg.      « Older | Newer »

By: tobias95                                    Msg. 21124 of 21127
29 Oct 2003, 11:05 PM EST          Jump to msg. # [          ] [Go]

Did I haps to forget Zwebner is a CON ARTIST??" eom

- - - - -

View Replies »

**Advertisements**

- **FREE Term Life Insurance Quote**
- **$7 Trades, Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list  |  Reply to msg.  |  Post new msg.      « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board      New** ☑

- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

Alt Z        Previous or
**[Enter]**    Older

Alt X        Next or
**[Enter]**    Newer

Your cash works hard for you...        Open an Orange **Savings Account**
in under 5 minutes!
ING  DIRECT

Case 1:05-cv-20149-FAM   Document 5   Entered on FLSD Docket 02/03/2005   Page 44 of 59

Skip to message. Skip to access key tips.



Hello, michaelj123  [LOG OUT]    Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

# RAGING BULL

Enter symbol:
[Message Board ▼] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**

LiveCharts - One Month FREE
a d v e r t i s e m e n t

• Best-in-class streaming charts
• Quotes from 15 exchanges
• Detailed time-&-sales data

LiveCharts™ FROM QUOTE.COM    [Enter ticker...]

## TALK VISUAL CP (BB: TVCP)

↳ TVCP Quote | **TVCP Msg Board** | TVCP LiveCharts | TVCP Chart | TVCP News | TVCP Company Info |
TVCP I-Watch | TVCP Insider | TVCP Analyst Recs | TVCP Top Holders

« TVCP Message list | Reply to msg. | Post new msg. | « Older | Newer »

**By: tobias95**                    **Msg. 171057 of 171061**
**29 Oct 2003, 10:45 PM EST**    (This msg. is a reply to 171056 by arialmaid.)

Jump to msg. # [          ] [Go]

arial, ZWEBNER is a FELON, he has no business ability! So SUE me!

- - - - -
View Replies »

**Advertisements**

- **Click to refinance. Bad Credit? No Problem.**
- **$7 Trades, Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« TVCP Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board    New** ⬀
- - - - -
⊞ Add TVCP
- - - - -
You haven't added
any boardmarks.
- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

**Alt Z**      Previous or
**[Enter]**    Older

**Alt X**      Next or
**[Enter]**    Newer

Skip to message. Skip to access key tips.



Hello, michaelj123  [LOG OUT]     Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

## RAGING BULL

Enter symbol:
[Message Board ▾] [Go] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedt**

### Click here to visit Forbes.com's *New* Infoimaging section.

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« **UCSY Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | **Newer** »

**By: tobias95**                                      Msg. 19896 of 21001
**04 Sep 2003, 10:26 PM EDT**        (This msg. is a reply to 19880 by tobias95.)

Jump to msg. # [          ] [Go]

UCSY is nothing more than a MOSAD secret police front! They are a classic!
You just ran into some Americans that want to right their deviate wrong!

*(Voluntary Disclosure: Position- **No Position**)*

- - - - -
View Replies »

**Advertisements**

- **Click to refinance. Bad Credit? No Problem.**
- **Equity Market Weekly Report**
- **Buy stocks for only $4, no account or investment minimums**

« **UCSY Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | **Newer** »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board**     **New** ⬀

☐ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| **Alt Z** | Previous or |
| **[Enter]** | Older |
| **Alt X** | Next or |
| **[Enter]** | Newer |

*EXHIBIT "2"*

From the desk of Michael J Zwebner
Suite 12F
407 Lincoln Road
Miami Florida 33139
Tel 305 672 6344
Email: MJZwebner@Sprynet.com

April 12th 2002

Legal Department
Community Manager
Lycos, Inc.
100 5th Ave
Waltham, MA 02451

**Letter sent by Mail, Fax and Email to :**
communities@lycos.com

Dear Sir / Madam,

I write to you once again regarding several posters on the UCSY web chat line on Raging Bull.

Over the past year, I have had occasion to write to you on many occasions complaining about certain posters that are both defaming me, libeling me, making false and accusatory statements, and generally acting against the Raging Bull Terms Of Service. My Complaints seem to go unanswered, and your organization seems more intent in protecting the anonymity and continuity of the posters, with total disregard to the victim here (myself)

I have told you several times in then past that I will take legal action, and file suit against YOUR organization if you continue to ignore me, and continue to allow this unabated onslaught of slander and libel.

Page 2

The two main aliases that I am bringing to your attention this time, are:
**"Tobias95", and "CrawleySmith".** I suggest you look at their postings and
see for yourself the vulgarity, evilness, and defamatory nature of their posts.
For your information, "CrawleySmith" is none other that Mr Roberto G
Villasenor, who has used some 15 other aliases already on Raging Bull, and
one that you have deleted many times over. He seems to return with absolute
impunity, and your company seem totally uninterested in enforcing your
own terms of service.

I have now again written to you, and expect to see your dealing with this
matter soonest. I again here repeat some of the facts previously brought to
your attention.

On Raging Bull, I have been attacked on line, accused of being a criminal,
accused of everything from being a member of the Mafia, Running a
Criminal Gang, Murder to Money Laundering, to Stock Manipulation,
Fraud, acting illegally etc. I have also been accused on line of being a
homosexual, and as a result of all these outrageous postings, I have suffered
severe pain, both emotional and physical, and my general health has suffered
badly.

I have and also suffer from accusations that have severely impeded my
business activities, and I believe that the shareholder base of my companies
have suffered too as a result of these posts. I have lost substantial sums of
Money as a result of these posts.

For the record, (other than for driving offenses)  I HAVE NEVER BEEN
ARRESTED, INDICTED OR CONVICTED NOR EVEN
INVESTIGATED BY ANY LAW ENFORCEMENT, SEC, FBI, DEA, OR
ANY GOVERNEMENT AGENCY for any crime, WHATSOEVER.

I am not going to re-post his postings here in this letter, as you are well able
to access the UCSY and TVCP chat lines, and see for your self the level and
ferocity of his blatant lies and false postings. I request you do take a serious
look at his postings, and then decide what action you wish to take.

Page 3.

I would like to hear from you soonest as to what action you propose to take to stop these personal attacks. Nothing less that a complete ban on this type of posting is acceptable. **THIS FALLS UNDER YOUR RULES**.

Depending on your responses, and the actions you decide to take, I will decide with my legal advisors the next action we will have to take to stop this outrageous behavior. If necessary, we may have NO choice but to file a law suit against LYCOS for the unending facilitation of the Raging Bull medium for these attacks.

I trust you will work with me on this matter to help resolve this situation.

I look forward to your early response.

Yours sincerely,

Michael Zwebner.

*EXHIBIT "3"*

From the desk of Michael J Zwebner
Appt 3801, Blue Diamond Building
4779 Collins Avenue
Miami Beach FL 33140
Tel / Fax 305 535 1525
Email mjzwebner@sprynet.com

August 5, 2003

Mr. Jamie Carney
Raging Bull
Lycos Network Abuse Manager
100 5TH Street
Waltham
MA 02451

## LETTER BY FAX // OFFICIAL WARNING AND NOTICE.

Dear Mr. Jamie Carney,

I have reached the end of the tether with regards your company's ability to comply with your own stated ''terms of use'' and conditions of posting.

I have in the past few days TOS'ed several posters, and demanded that you delete both the posts and the posters aliases. You have not complied with these requests, nor have you acted in accordance with your contractual obligations. In the latest TOS's I brought your attention to poster **"65175R"** who I have identified is poster (Roberto Villasenor) who is now using this new alias.

He has previously posted under alias "theworm_06" (as well as several others) This poster is Roberto Villasenor Jr, of Sherman Oaks Los Angeles Ca.

The terms of service of LYCOS for posters includes the following sentence :

## Multiple aliases

## Posting under more than one member name, this includes creating a new member name after a suspension or deletion.

This is only ONE of the terms of use that this poster is in transgression. In my view, he is acting in direct disregard of almost ALL YOUR RULES.

It seems your company / organization is either incapable or unwilling or deliberately failing to enforce the very terms of use and conditions of posting that YOU yourselves contract all your registered users to. You are therefore guilty of "Breach of Contract" in this regard, and I am suffering as a result of your actions or inactions.

I have now written to you too many times, and yet you fail to deal with this matter. Therefore, I will have to resort to other actions to stop this nonsense, and your indifference to what is transpiring on your web/chat sites.

If you have any questions or comments or wish to discuss this matter with me, you may call me at any time to my home number above 305 535 1525, or you may reach me on my cell phone to 617 513 2529. This the last time I plan to write to you on this matter.

## You have now been put on notice !.

Yours sincerely,

Michael J Zwebner

CC Mark Van Wagoner - Attorney

*EXHIBIT "4"*

From the desk of Michael Zwebner
Suite 12K, 407 Lincoln Road
Miami beach FL 33139
Tel 305 672 6344
Fax 305 672 1965
Email: mjzwebner@sprynet.com

Mr. E. Solowey, - Attorney
Terra Lycos Inc / Raging Bull
100 Fifth Avenue
Waltham MA 02451

**December 30th 2003**

**Letter by FAX and Overnight Mail**

Dear Mr. Solowey,

I draw your attention to Poster alias: **"quondo1"** who is posting on Raging Bull UCSY chat line.

As you must certainly know, this is the most recent alias of Roberto G. Villasenor, Jr., who has used, among others, the following aliases: **'the_worm06'; "no_insiders" ; "SCRI_852"; "The Worm_06A"; "65175R"; "Henry_Johnson123"**. He has now again reposted several times a defamatory article from the Mail on Sunday. Before I was aware that he was essentially "judgment proof," I previously sued him over the publication of these canards. In addition to this republication of foul defamation, his other recent posts are outrageous, harassing and transgresses your own terms of service.

I have brought Mr. Villasenor to the attention of Raging Bull / Lycos on numerous occasions, (letters, faxes and emails to Jamie Charney) and you have previously determined that he would not be permitted to use your service. Let me remind you that the terms of service of LYCOS for posters includes the following sentence :

1

Page 2

*Multiple aliases*

**Posting under more than one member name, this includes creating a new member name after a suspension or deletion.**

If your terms of service mean anything, Mr. Villasenor should have no access to your boards. If you cannot police this one wild poster, it may mean that your supposed rules are merely illusory and, perhaps, misleading to the general public. Even if Mr. Villasenor's current posts were not defamatory, harassing and in plain violation of your published rules, those posts should be deleted and the poster's ISP or other addresses should be blocked because of prior violations. It is outrageous that you have and continue to allow this poster to continue to return to RB, and post the lies and false insinuations that he does, with total impunity.

Others of your clients have defamed me and I have attempted merely to find a real name so I can confront these cyber-cowards in Federal Court. Despite your published statements to the contrary, you have interfered with legal processes to protect these posters who violate your terms of service.

Here, then is another clear opportunity for your company to demonstrate what it considers to be integrity. Will you protect this poster? Do your terms of service have meaning? I believe that you act in arbitrary and capricious ways to essentially void your public agreements and to act as a publisher as that term is defined in Internet law.

**I DEMAND YOU IMMEDIATELY STOP THESE POSTS, DELETE THEM AND BLOCK THE POSTER PERMANENTLY.**

I have now written to your organization on many, many occasions. You seem totally either unable or unwilling to take action, and enforce YOUR own terms of service. You seem to want to leave me no option but to resort to legal action against your company.

2

Page 3

You have been put on notice for the last time.

Yours sincerely

Michael Zwebner.

3

*EXHIBIT "5"*



**TSUNAMI AID**
Sponsor Air-Water Machines Now. Click here.



**UCSY is a Global Holding Organization** with several diverse operational subsidiaries. Our range of activities include: BroadBand Wireless Internet Provision, currently operational in Lima Peru, state of the art Water from Air production, on a world wide basis, exciting energy saving "solar industry", providing power and energy solutions and now expecting great things from our security division.

**Keep up with all the happenings.** Find out about the Who, What, When and Why of UCSY. Click here to register and receive timely updates.



**A new division of UCSY,** this unique business segment focuses on delivering the latest in high tech state of the art security products to Governments and Law Enforcement Agencies. Stay tuned for further announcements and exciting news from this upstart.



**Making water out of air??** Extracting Water from Air is the latest high tech approach to solving one of the worlds greatest needs, Drinkable Water. Stay tuned...**Air-Water machines are on their way to disaster areas.** Providing clean drinking water where it is needed. Click here now.



**Millennium Electric Inc.** establish a community base which utilize solar energy fc green, economic and safer environment with a variety and industrial applications.



Never run out of power aga **Charger** Technology. No n batteries around for your el devices. The future is brigh



Lima Peru based **Digital W Telecommunications** pro internet access and more.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading entitled:

## NOTICE OF FILING FIRST AMENDED COMPLAINT

was forwarded, this 3rd day of February, 2005, *via facsimile*, with conformed copy by First Class

Mail, to the individuals named on the attached DISTRIBUTION LIST.

John H. Faro, Esq.

DISTRIBUTION LIST

Joanna Franyie, Esq.
Deputy General Counsel
Terra Networks, S.A.
1201 Brickell Avenue
Suite 700
Miami, FL  33131

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA  02210
Phone (617) 371-1021
Facsimile (617)

Larry A. Stumpf, Esq.
BLACK, SREBNICK, KORNSPAN & STUMPF, PA
201 S. Biscayne Boulevard, Suite 1300
Miami, FL  33131
Phone (305) 371-6421
Facsimile (305) 371-6322

Clerk, U.S. District Court
Southern District Of Florida
301 N. Miami Avenue
Miami, FL  33132